UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HARIKLIA HONDROULIS, ET AL.,

      Plaintiffs,

v.                                                  Case No.  8:07-cv-257-T-24 TGW

HOMECOMINGS FINANCIAL, LLC,

      Defendant.

_____/

## ORDER

This cause comes before the Court on Third Party Defendants' motion to extend the discovery and dispositive motion deadlines. Plaintiffs oppose the motion.

Defendant filed a third-party complaint against Third-Party Defendants on September 6, 2007, and Third-Party Defendants filed their answer on October 2, 2007. Thereafter, the Court extended the deadlines in this case as follows: discovery deadline of January 11, 2008; dispositive motion deadline of January 14, 2008; pretrial conference in May of 2008; and a trial in June of 2008. Third-Party Defendants request an extension of the discovery and dispositive motion deadlines in this case. However, if the Court extends those deadlines, the Court must also extend the pretrial conference and trial dates in order for the Court to have enough time to rule on any dispositive motions prior to the pretrial conference.

Upon consideration, the Court will grant the motion and extend the deadlines in order to afford Third-Party Defendants enough time to conduct discovery in this case. Accordingly, the Court extends the deadlines as follows: the discovery deadline is extended to March 3, 2008; the dispositive motion deadline is extended to March 14, 2008; the pretrial conference is moved to July 9, 2008 at 8:30 a.m.; and the trial is moved to the August 2008 trial calendar.

**DONE AND ORDERED** at Tampa, Florida, this 21st day of December, 2007.

Copies to: Counsel of Record

SUSAN C. BUCKLEW
United States District Judge